FILED
2014 FEB 13 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

Ernest W. ("Will") Klatte, III (State Bar No. 115914)
ewklatte@kbylaw.com
Selwyn Chu (State Bar No. 285568)
schu@kbylaw.com
Klatte, Budensiek & Young-Agriesti, LLP
20341 SW Birch, Suite 200
Newport Beach, California 92660-1514
Telephone: 949-221-8700
Facsimile: 949-222-1044

Attorneys for Defendant
FedEx Ground Package System, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV14-01146-RGK (JCGx)

| | |
|---|---|
| GABRIELLE ARREOLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed concurrently with Notice of Removal of Action, Notice of Interested Parties, and Notice of Related Cases]<br><br>(Los Angeles Superior Court Case No. BC533780) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF GABRIELLE ARREOLA, AND HER ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FedEx Ground Package System, Inc. submits this Corporate Disclosure Statement.

FedEx Ground Package System, Inc. is a privately held corporation and a wholly owned subsidiary of FedEx Corporation. FedEx Corporation is a publicly held corporation.

Dated: February 13, 2014        By: /s/ Selwyn Chu
                                Selwyn Chu
                                Attorneys for Defendant
                                FedEx Ground Package System, Inc.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Klatte, Budensiek & Young-Agriesti, LLP 20341 SW Birch Street, Suite 200, Newport Beach, California 92660-1514

On February 13, 2014, I served the following described as

## CORPORATE DISCLOSURE STATEMENT

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Ramin R. Younessi | Attorneys for Plaintiff, |
| Law Offices of Ramin R. Younessi | Gabrielle Arreola |
| 3435 Wilshire Blvd., Ste. 2200 | |
| Los Angeles, CA 90010 | |

TEL: (213) 480-6200
FAX: (213) 480-6201
EMAIL: ryounessi@younessilaw.com

[✔]   **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]   **(BY FEDEX)** I caused such envelope to be delivered by FedEx to the offices of the addressees.

EXECUTED on February 13, 2014, at Newport Beach, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

| | |
|---|---|
| Michelle Perciavalle | *Michelle Perciavalle* |
| (Type or print name) | (Signature) |