1  Ernest W. ("Will") Klatte, III (State Bar No. 115914)
   ewklatte@kbylaw.com
2  Selwyn Chu (State Bar No. 285568)
   schu@kbylaw.com
3  Klatte, Budensiek & Young-Agriesti, LLP
   20341 SW Birch Street, Suite 200
4  Newport Beach, California 92660-1514
   Telephone: 949-221-8700
5  Facsimile:  949-222-1044

6  Attorneys for Defendant
   FedEx Ground Package System, Inc.
7

MANDATORY CHAMBERS COPY
E-FILED ON _____

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 | GABRIELLE ARREOLA, an individual,   | CASE No. 2:14-CV-01146-RGK-JCG
12 |           Plaintiff,                | *Discovery Matter: Referred to*
13 |     vs.                             | *Magistrate Judge Jay C. Ghandi*
14 | FEDEX GROUND PACKAGE SYSTEM,        | [PROPOSED] ORDER ENTERING
   | INC., a Delaware corporation, and DOES 1 | STIPULATED PROTECTIVE
15 | through 20, inclusive,               | ORDER
16 |           Defendants.               | Action Filed: January 21, 2014
   |                                     | Trial Date:   January 20, 2015
17

18      Pursuant to Federal Rule of Civil Procedure 26(c), and good cause
19 appearing, IT IS ORDERED THAT the Stipulated Protective Order filed
20 concurrently herewith is approved and hereby entered.
21

22 Dated: ~~May~~ 3, 2014           By: _____
23        June                           The Honorable Jay C. Ghandi
                                         United States Magistrate Judge
24
25
26
27
28